*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-461**

IN RE:  SANDY F. THOMAS-BELLAMY,
                              Respondent.
**Bar Registration No.  1011060**                 BDN: 107-14

BEFORE:    Beckwith, Associate Judge, and Nebeker and Terry, Senior Judges.

**ORDER**
(FILED - August 21, 2014)

On consideration of the certified order indefinitely suspending respondent from the practice of law in the state of Maryland with a right to seek reinstatement after six months, this court's May 15, 2014, order directing respondent to show cause why the functional equivalent reciprocal discipline in the form of a six- month suspension with a fitness requirement should not be imposed, the statement of Bar Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI,  §14 (g), it is

ORDERED that Sandy F. Thomas-Bellamy is hereby suspended from the practice of law for a period of six months, with reinstatement contingent upon a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).   It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as she files an affidavit that fully complies with the requirements of D.C. Bar. R. XI, § 14 (g).

**PER CURIAM**